1460

**92–660.** State v. Boyle.
On motion for independent investigation. Motion denied and file to remain under seal.

*Thursday, May 7, 1992*

## MOTION DOCKET

**91–2498.** State v. Taylor. *Cuyahoga County*, No. 59009. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of appellant's motion for stay of execution set for May 8, 1992, by the Cuyahoga County Court of Common Pleas, pending final disposition by this court,

IT IS ORDERED by the court that said motion for stay be, and the same is hereby, granted, effective May 6, 1992.

**92–853.** In re Meimaris. This cause is pending before the court on the motion of James G. Meimaris to quash a subpoena for the production of documents. Upon consideration thereof,

IT IS ORDERED by the court that said motion to quash subpoena be, and the same is hereby, denied, effective May 6, 1992.

## DISCIPLINARY DOCKET

**92–838.** In re Pizzedaz. Pursuant to the provisions of Gov.Bar R. V(9)(a)(iii), Frederick Pizzedaz, Attorney Registration No. 0032796, is indefinitely suspended from the practice of law.

## MISCELLANEOUS DISMISSALS

**91–1060.** Crock v. Crock. *Noble County*, No. 202. Cause dismissed, on appellants' application to dismiss, effective May 6, 1992.

**91–2562.** State v. Konoff. *Ottawa County*, No. 90–OT–036. *Sua sponte*, cause dismissed for want of prosecution, effective May 6, 1992.

**92–26.** Kleve v. Green Twp. Bd. of Trustees. *Hamilton County*, Nos. C–910717 and C–910718. *Sua sponte*, cause dismissed for want of prosecution, effective May 6, 1992.

**92–331.** Evets Elec., Inc. v. Ohio Edison Co. *Trumbull County*, No. 90–T–4461. Cause dismissed, on appellant's application for dismissal, effective May 6, 1992.

**92–531.** Daytronic Rental Corp. v. Stereo on Wheels. *Montgomery County*, No. 12621. *Sua sponte*, cause dismissed for want of prosecution, effective May 6, 1992.

**92–778.** State, ex rel. TRW, Inc., v. Jaffe. *Cuyahoga County*, No. 62934. Cause dismissed, on joint application to dismiss, effective May 6, 1992.